UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case No.: __14-21552_____
  Daniel D. MacMahon                            :
                                                : Adv. No.: _____
                                                :
                                                : Judge: ____Sherwood_____
          Debtor (s),                           :
_____ :        Chapter: _____13_____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:**       Certification in Opposition to Certification of
                              Default of Standing Trustee, re: Debtors
                              failure to make plan payments

**Location of Hearing:**      Courtroom No. _3D_
                              US BANKRUPTCY COURT
                              50 WALNUT STREET, 3RD FL
                              NEWARK, NJ 07102

**Date and Time:**            December 8, 2016 @ 9:00 am,
                              or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED        _____ ARE NOT REQUIRED


DATED:    October 31, 2016                JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 31_____, 20 16 the foregoing notice was served on the following:
  Debtor, Debtor's Attorney, Trustee




JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:
Daniel D. MacMahon
    Debtor

Case No. 14-21552-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 31, 2016
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
db         +Daniel D. MacMahon,   57 Michigan Avenue,    Summit, NJ 07901-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
        Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings bank organized and existing under the laws of the State of Delaware bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Frances Gambardella    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings bank organized and existing under the laws of the State of Delaware bankruptcynotice@zuckergoldberg.com
        John A. Lipowski    on behalf of Debtor Daniel D. MacMahon jal1001@aol.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Michael S. Ackerman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings bank organized and existing under the laws of the State of Delaware bankruptcynotice@zuckergoldberg.com
                                                                         TOTAL: 7